# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 165

In the Interest of W.S., a Child

Erica Raguse, L.S.W.,
Cass Human Services Zone,                                    Petitioner and Appellee

v.

W.S., Child; M.S., Father,                                           Respondents
        and
H.S., Mother,                                              Respondent and Appellant

## No. 20240179

In the Interest of W.S., a Child

Erica Raguse, L.S.W.,
Cass Human Services Zone,                                    Petitioner and Appellee

v.

W.S., Child; M.S., Father,                                           Respondents
        and
H.S., Mother,                                              Respondent and Appellant

## No. 20240180

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Daniel E. Gast, Judicial Referee.

AFFIRMED.

Per Curiam.

Rebecca R. Jund, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; on brief.

Kiara C. Kraus-Parr, Grand Forks, ND, for respondent and appellant; on brief.

**Interest of W.S. and W.S.**
**Nos. 20240179 & 20240180**

**Per Curiam.**

[¶1]    H.S. appeals from a juvenile court order terminating her parental rights to W.S. and W.S. She argues the court erred when it found the children were subjected to aggravated circumstances and when it found the conditions and causes creating the need for protection are likely to continue. We conclude the court's findings are not clearly erroneous and the court did not abuse its discretion when it terminated H.S.'s parental rights. *See Interest of A.C.,* 2022 ND 123, ¶ 5, 975 N.W.2d 567 (stating the clearly erroneous standard of review applies to factual findings made in a termination of parental rights proceeding); *see also Interest of A.P.,* 2022 ND 131, ¶ 2, 976 N.W.2d 244 (stating the decision whether to terminate parental rights is left to the court's discretion when the statutory requirements are proven by clear and convincing evidence). We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]    Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr

1